**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:13-CV-000128-RBJ

---

LANDEE ZANOTELLI,

    Plaintiff,

v.

CF&I STEEL, L.P, d/b/a EVRAZ ROCKY MOUNTAIN STEEL

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

    THIS MATTER coming on to be heard upon the parties' Stipulated Motion for Dismissal with Prejudice, and

    THIS COURT being first duly apprised in the premises, hereby

    ORDERS that the parties' motion be and hereby is GRANTED.  This matter is hereby dismissed with prejudice and each side shall bear its own costs and attorneys fees.

    DATED this 23rd day of October, 2013.

                                          BY THE COURT:

                                          _____
                                          US District Court District Judge